No. 85–1143. WALLACE *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 85–1144. SISTRUNK ET AL. *v.* CIRCLE BAR DRILLING CO. C. A. 5th Cir. Certiorari denied.

No. 85–1147. RADIATION TECHNOLOGY, INC. *v.* NEUTRON PRODUCTS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–1149. BRODKA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–1156. SPALLATO, ADMINISTRATOR OF THE ESTATE OF SPALLATO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–1157. HILLTOP REALTY, INC. *v.* CITY OF CLEVELAND HEIGHTS ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–1160. SINICROPI *v.* BENNETT, DEPUTY DIRECTOR OF PROBATION OF THE COUNTY OF NASSAU, ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 85–1161. DANIELS *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1162. DANIELS *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1163. SAMPLE ET AL. *v.* JOHNSON, DEPUTY COMMISSIONER FOR THE OFFICE OF WORKERS' COMPENSATION PROGRAMS FOR DISTRICT 14, ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1175. REECE *v.* TENNESSEE CIVIL SERVICE COMMISSION. Ct. App. Tenn. Certiorari denied.

No. 85–1214. LANGELLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.